(January 18, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CORBETT, Appellant.—

Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

SANDRA BERMAN, by Her Guardian ad Litem, JOSEPH BERMAN, Respondent, v. L. L. L. REALTY CORPORATION, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

HELEN H. BURDEN, Respondent, v. ELMER M. BURDEN, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

DANA A. FRIEND et al., Appellants, et al., Plaintiff, v. BROOKLYN TRUST COMPANY, Respondent.—

In our opinion appellants were at most mere licensees to whom defendant owed the duty only of refraining from active, wilful or wanton negligence. (*Morse* v. *Buffalo Tank Corp.*, 280 N. Y. 110; *Mendelowitz* v. *Neisner*, 258 N. Y. 181.) There is no proof that the injuries sustained by appellants were the result of any affirmative or wilful negligence on the part of defendant. It is unnecessary to determine whether a trustee under the Schackno Act is liable for passive negligence. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of ST. CLAIRE R. CHARTER, Respondent, Relative to the Custody of GAIL P. CHARTER, an Infant. ELIZABETH T. ROBINSON et al., Appellants.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.